JONATHAN DAVIDSON, pro se
5675 Via Junipero Serra
Riverside, California 92506
Telephone:   (858) 531-7578
Telefacsimile: (951) 823-0410
Email address: law.davidson@gmail.com

CORINNA DAVIDSON, pro se
5675 Via Junipero Serra
Riverside, California 92506
Telephone: (858) 531-7578
Telefacsimile: (951) 823-0410
Email address:  corinnardavidson@gmail.com

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| JONATHAN DAVIDSON, pro se,<br><br>Plaintiff,<br><br>v.<br><br>HEWLETT-PACKARD COMPANY, et al.,<br>Defendants. | **CASE NO. 5:16-cv-01928-EJD**<br><br>[PROPOSED] **ORDER REGARDING FURTHER SETTLEMENT NEGOTIATIONS**<br><br>**CASE NO. 5:17-cv-00694-EJD** |
| CORINNA DAVIDSON, pro se,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE, et al.,<br><br>Defendants | |

## [PROPOSED] ORDER

In light of the ongoing settlement discussions among the parties in the above-captioned actions and in light of the Status Conference Statement filed by Defendants and the Status Report filed by Plaintiffs to update the Court on such settlement negotiations, after full consideration

IT IS HEREBY ORDERED that the parties shall continue their settlement discussions and their exchanges of responses through August 25, 2017, in accordance with the Court's prior June 28, 2017 Order (as extended and modified by this Order); and

IT IS FURTHER ORDERED that, if the parties have not entered into a signed settlement agreement by August 25, the parties shall file with the Court by August 29, 2017, a report regarding the status of settlement and seek further guidance and relief from the Court relating to the settlement, as necessary and applicable.

**IT IS SO ORDERED.**

Dated: August 11, 2017

Honorable Edward J. Davila
UNITED STATES DISTRICT JUDGE