UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| CORINNA DAVIDSON,<br><br>Plaintiff,<br><br>v.<br><br>UNITED HEALTHCARE, et al.,<br><br>Defendants. | Case No. 5:17-cv-00694-EJD<br><br>**ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE** |

Pursuant to ADR Local Rule 7-2, the above-entitled case is referred to Magistrate Judge Nathanael M. Cousins for a settlement conference to occur no later than December 1, 2017. The parties shall contact Judge Cousins's Courtroom Deputy to arrange a date and time for the conference.

**IT IS SO ORDERED.**

Dated: September 18, 2017

EDWARD J. DAVILA
United States District Judge

Case No.: 5:17-cv-00694-EJD
ORDER REFERRING CASE TO MAGISTRATE JUDGE SETTLEMENT CONFERENCE
1